UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID SCHWARTZ,

    Plaintiff,

v.                                     Case No.:   2:21-cv-283-SPC-MRM

ADP, INC. and AUTOMATIC
DATA PROCESSING, INC.,

    Defendants.

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Following the Court's June 3, 2022 Order (Doc. 89), the Court enters this Amended Case Management and Scheduling Order:

| DEADLINE | DATE |
| --- | --- |
| **Disclosure of any Expert Report** | Plaintiff: 4/27/2022<br>Defendant: 7/27/2022<br>Rebuttal: 8/29/2022 |
| **Discovery and Motions to Compel Discovery** | 9/27/2022 |
| **Mediation** | 10/11/2022 |
| **Dispositive and *Daubert* Motions**[1] | 11/28/2022 |
| **Final Pretrial Meeting** | 3/27/2023 |
| **Motions in Limine** | 4/3/2023 |
| **Joint Final Pretrial Statement, Proposed Jury Instructions and** | 4/10/2023 |

---

[1] *Daubert* motions must not be titled or filed as motions to strike. When filing via CM/ECF, use the "In Limine" event under Civil Events-Motions.

| DEADLINE | DATE |
|---|---|
| **Verdict Form, and Trial Briefs (if applicable)** | |
| **Final Pretrial Conference** | 4/28/2023 |
| **Monthly Trial Term** | 5/1/2023 |
| **Estimated Length of Trial** | 5 days |
| **Jury or Non-Jury** | Jury |

All other provisions of the Court's prior scheduling orders remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on June 3, 2022.

Mac R. McCoy
United States Magistrate Judge

Copies to: All Parties of Record