IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 21-CV-00283-SPC-MRM

DAVID SCHWARTZ,

    Plaintiff,

v.

ADP, INC. and
AUTOMATIC DATA PROCESSING, INC.,

    Defendants.

_____ /

## PLAINTIFF, DAVID SCHWARTZ'S, RESPONSE IN OPPOSITION TO DEFENDANT'S THIRD MOTION TO COMPEL

Plaintiff, DAVID SCHWARTZ, (hereinafter "Schwartz") by and through undersigned counsel, pursuant to this Court's Order to Show Cause or Provide a Response by July 15, 2022 (Doc. 99), entered on July 12, 2022, hereby files the following Response in Opposition to Defendant's Third Motion to Compel (Doc. 093) and states:

1. On June 27, 2022, Defendant, Automatic Data Processing, Inc. filed its Third Motion to Compel Better Responses to Discovery and for Sanctions (Doc. [93]).

1

2. On April 11, 2022, at approximately 10:47am (prior to the filing of the Motion to Compel), Counsel for Plaintiff uploaded the information sought in the Motion to Compel via Counsel for Defendants' File Transfer Site (FTS). At 10:55am that same day, Counsel for Plaintiff received an email indicating that multiple files had been downloaded from the McDonald Hopkins File Transfer Site by someone at McDonald Hopkins. (See Exhibit A)

3. On May 2, 2022, Counsel for Defendants reached out to Counsel for Plaintiff indicating that Counsel for Defendants did not receive the documents that are the subject of the Motion to Compel (CSV files/native format documents relating to Exhibit R). Counsel for Plaintiff immediately responded that the requested information had already been produced and downloaded by Counsel for Defendants' office.

4. After back-and-forth e-mails, on May 9, 2022, Counsel for Plaintiff advised  Counsel for Defendants via e-mail that the information was uploaded to their firm's FTS on April 11, 2022, as per Counsel for Defendants' instructions/ordinary course of business.

5. On June 10, 2022, Counsel for Defendants e-mailed Counsel for Plaintiff indicating the downloaded files were corrupted.

6. A good faith call was scheduled for June 15, 2022, after the deposition Counsel for the parties were conducting in separate state court case.

7. Unfortunately, the parties never connected after the deposition to complete the good faith call, so Counsel for Plaintiff e-mailed Counsel for Defendants the next day to ask when a call could be scheduled.

8. The good faith call was subsequently scheduled and took place on or about June 20, 2022.

9. On or about June 20, 2022, the CSV files were re-sent by Counsel for Plaintiff to Counsel for Defendants via email.

10. On or about June 21, 2022, Counsel for Defendants advised Counsel for Plaintiff that the dcouments sent were incorrect (did not match what was included in Exhibit R).

11. Based on the assertion by Counsel for Defendant that the incorrect files were provided, Counsel for Plaintiff had to re-examine every page of Exhibit R and the native documents emailed by Counsel for Plaintiff, only to find that, contrary to Counsel for

Defendants' assertion, the files emailed by Counsel for Plaintiff were in fact accurate and were part of Exhibit R.

12. On or about July 9, 2022, Counsel for Plaintiff again re-submitted to Counsel for Defendants the CSV files (native files), this time with file labels indicating page by page, the page number in Exhibit R that each document reproduced relate to.

13. Based on the foregoing, Counsel for Plaintiff respectfully requested that Defendants withdraw the Motion to Compel.

14. In an abundance of caution on or about July 11, 2022, Counsel for Plaintiff also sent a follow up email to Counsel for Defendant asking Counsel for Defendant to confirm receipt of the re-submitted document production, but to date, Counsel for Plaintiff has not received a reply.

15. In response to the portion of this Court's Order relating to Show Cause, The Order required a Response or that Plaintiff Show Cause. Plaintiff has provided its Response (above).

16. Plaintiff respectfully requests Defendant ADP, Inc.'s Third Motion to Compel Better Responses be denied, as Plaintiff had originally produced the responsive documents on or about April 11,

2022 via Defendants' counsel's File Transfer Site, and again in June and yet again in July via email.

WHEREFORE, Plaintiff respectfully requests this honorable Court refrain from ruling that Defendant ADP's Third Motion to Compel is unopposed and request that it be denied.

Date: July 13, 2022

/s/Robert H. Goodman
Counsel for David Schwartz
Florida Bar No.: 1008059
13031 McGregor Blvd., Suite 8
Fort Myers, Florida 33919
Phone: (813) 643-4529
Facsimile: (813) 315-6535
Primary: rgoodman@parrishgoodman.com
Secondary: admin@parrishgoodman.com
7/13/2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Clerk of the Court's CM/ECF filing system. I further certify that the foregoing document will be mailed by first class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system, on this 13th day of July, 2022.

/s/ Robert Goodman
Attorney

6