# EXHIBIT A

**Parrish & Goodman Firm Administration**

---

**To:**  Parrish & Goodman Firm Administration
**Subject:**  FW: EX A YOUR EMAIL FROM APRIL 11

**From:** File Transfer Notifications <notifications@filetransfers.net>
**Sent:** Monday, April 11, 2022 10:56 AM
**To:** Parrish & Goodman Firm Administration <admin@parrishgoodman.com>
**Subject:** Multiple Files have been Downloaded on the McDonald Hopkins LLC File Transfer Site

# Multiple Files Have Been Downloaded on the McDonald Hopkins LLC File Transfer Site

By: **Christopher Barcik**
Time: **04/11/22 at 10:55 am EDT**

1. **/2-CV-00283-SPC-MRM/._19-Apple ID SignOn Information.csv**

2. **/2-CV-00283-SPC-MRM/._20-Apple ID SignOn Information.csv**

3. **/2-CV-00283-SPC-MRM/._15-Apple ID SignOn Information.csv**

4. **/2-CV-00283-SPC-MRM/._16-Apple ID SignOn Information.csv**

5. **/2-CV-00283-SPC-MRM/._17-Apple ID SignOn Information.csv**

6. **/2-CV-00283-SPC-MRM/._18-Apple ID SignOn Information.csv**

**Need Help?** Download the **User Quick Start Guide:**
https://mhxfer.filetransfers.net/userQuickStart

If any link in this email doesn't work, please copy and paste it into your web browser's address or URL field.

Did this email not find its way to your Inbox? Add notifications@filetransfers.net to your address book or whitelist it to ensure you receive future emails from this source.

This transmission contains information intended to be confidential and solely for the use of McDonald Hopkins LLC, its employees and/or associates, and those persons or entities to whom it is directed. It is not to be reproduced, retransmitted, or in any manner distributed. If you have received this email in error you should notify the sender and immediately delete this message and/or any attachments.

**Transaction Source:** McDonald Hopkins LLC FILETRANSFER SITE, https://mhxfer.filetransfers.net
**Time/Date of Transaction:** 04/11/22 at 10:55 am EDT