# Exhibit A

Filing # 133956529 E-Filed 09/02/2021 03:21:05 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISION

ADP, LLC.,

CASE NO.: 18-CA-005454

Plaintiff/Counter-Defendant,

v.

DAVID SCHWARTZ,

Defendant/Counter-Plaintiff.
_____/

**(DEFENDANT'S PROPOSED) ORDER ON PLAINTIFF'S
MOTION FOR SANCTIONS AGAINST
DEFENDANT FOR FAILURE TO COMPLY WITH COURT ORDER**

**THIS CAUSE** came before the Court on September 1, 2021 on Plaintiff's Motion for Sanctions Against Defendant for Failure to Comply with Court Order ("Motion") and the Court having heard argument of counsel, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion is Granted. Defendant, David Schwartz shall return the laptop and iPad to ADP in accordance with Judge Shenko's April 7, 2021 Order.

2. If the aforementioned devices are not sent to ADP by 5 p.m., Friday, September 3, 2021, upon written notification submitted to the Court by Plaintiff's counsel, the Court shall issue a writ of bodily attachment for David Schwartz.

**DONE AND ORDERED** in Chambers in Lee County, Florida.

*eSigned by Joseph Fuller 09/02/2021 15:20:52 n27ptLFX*

Electronic Service List
Christopher Benton Hopkins <chopkins@mcdonaldhopkins.com>
Christopher Benton Hopkins <ddominguez@mcdonaldhopkins.com>
Craig S. Distel <cdistel@mcdonaldhopkins.com>
Craig S. Distel <ddominguez@mcdonaldhopkins.com>
Daniel Levine <DRL@PBL-Law.com>

{9820148:2 }
1

Daniel Levine <AK@PBL-Law.com>
Daniel Levine <ABE@PBL-Law.com>
Erica A. Gonsalves <egonsalves@rolfeshenry.com>
Erica A. Gonsalves <jfurst@rolfeshenry.com>
Joelle H. Dvir <jdvir@mcdonaldhopkins.com>
Joelle H. Dvir <aromero@mcdonaldhopkins.com>
Joseph E Parrish <jparrish@parrishgoodman.com>
Joseph E Parrish <admin@parrishgoodman.com>
Joseph E Parrish <rgoodman@parrishgoodman.com>
Mario M. Ruiz <mruiz@mcdonaldhopkins.com>
Mario M. Ruiz <ltimoteo@mcdonaldhopkins.com>
Timothy J. Lowe <tlowe@mcdonaldhopkins.com>
Robert Goodman <rgoodman@parrishgoodman.com>
Robert Goodman <admin@parrishgoodman.com>
Robert H Goodman <rgoodman@parrishgoodman.com>
Robert H Goodman <jparrish@parrishgoodman.com>
Robert H Goodman <admin@parrishgoodman.com>
Christopher Hopkins <chopkins@mcdonaldhopkins.com>