# Exhibit B

```
                                                              Page 1

 1    IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT,
              IN AND FOR LEE COUNTY, FLORIDA
 2              CASE NO.: 18-CA-005454
 3
      ADP, LLC,
 4
              Plaintiff,
 5
      vs.
 6
 7    DAVID SCHWARTZ,
 8            Defendant.
 9    _____/
10
11
          VIDEO-RECORDED DEPOSITION OF DAVID SCHWARTZ
12                    VOLUME I OF II
13           (Conducted via videoconference)
14
      DATE:             Thursday, December 23, 2021
15
      TIME:             9:12 a.m. - 5:14 p.m.
16
      PURSUANT TO:      Notice by counsel for
17                      Defendant for purposes of
                        discovery, use at trial or
18                      such other purposes as are
                        permitted under the Florida
19                      Rules of Civil Procedure
20    REPORTED BY:      Denise O'Hare, Court Reporter
                        Notary Public, State of Florida
21
22
                      Pages 1 - 193
23
24
25
```

```
 1   APPEARANCES:
 2
         JOSEPH PARRISH, ESQUIRE
 3       ROBERT GOODMAN, ESQUIRE
         Parrish & Goodman, PLLC
 4       13031 McGregor Boulevard
         Suite 19
 5       Fort Myers, Florida 33919
             Counsel for Plaintiff
 6
 7       MARIO M. RUIZ, ESQUIRE
         CRAIG DISTEL, ESQUIRE
 8       McDonald Hopkins, LLC
         505 South Flagler Drive
 9       Suite 300
         West Palm Beach, Florida 33401
10           Counsel for Defendant
11
         Also Present:  Percy Campos, Videographer
12                      Kevin Skelly, ADP
                        Elliot Server, ADP
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 242

1  because you didn't have an iPad.  Is that your
2  testimony?
3          MR. PARRISH:  Object to form.
4      A.  I believe I have previously stated this about
5  a hundred times.  I didn't have an iPad for two months.
6  It was impossible to do my job.  My laptop, I couldn't
7  connect to the VPN then when I'm out in the field.  So
8  I would have to go and I would have to upload the
9  documents many times, whatever implementation needed,
10 through Salesforce.
11         And you can't get your ADP emails on any other
12 device besides your cell phone and your iPad or your
13 ADP laptop which you had to be connected to ADP's
14 network VPN.  And I wanted to upload that to
15 Salesforce.
16 BY MR. RUIZ:
17     Q.  Let's go the next exhibit, please.  Exhibit 16
18 I think we're up to.
19         Did you email ADP's --  this is Exhibit
20 No. 16.  Did you email ADP's wholesale pricing, firm
21 Pricing Agreement to your UBCG account from your
22 ADP account?
23         (Exhibit 16 marked for identification.)
24          MR. PARRISH:  Object to form.
25     A.  I don't recall, and I don't see a date showing

Page 184

1  the document to yourself in the first place?
2      A.  Sometimes it wouldn't work on my phone.
3  Sometimes it wouldn't work on my iPad and/or laptop.
4  So each time there was always something different.  You
5  can check out the case tickets.  And there was a long
6  period of time when I went with an iPad, and that's
7  where I did 90 percent of my work was on that iPad.
8          And then the VPNs never worked and the battery
9  power to my laptop.  So it was very hard to complete my
10 job for some time so I had to --
11     Q.  If you had the document in your UBCG email
12 account, you wouldn't be able to upload it into the ADP
13 system from there; correct?
14     A.  Yeah, you could.
15     Q.  How?
16     A.  I told you.  You go -- go to your desktop, go
17 to Salesforce, log into Salesforce.  You could do it
18 from a normal desktop, your home computer.  And you
19 just go in and use your ADP email address and you can
20 log into Salesforce.  I did that when I had issues like
21 with my phone, computer, laptop, whatever it was, for
22 me in 2018.
23     Q.  Okay.  So let's move on.
24         Other than printing documents and then
25 scanning them and everything you've described, what