Exhibit C





## 2022 08 01 Affidavit of Cindy Jimenez 10575118x7AB84.pdf

| | |
|---|---|
| DocVerify ID: | BC545F74-2432-4214-AF9C-2E41B8271089 |
| Created: | August 01, 2022 11:05:27 -8:00 |
| Pages: | 7 |
| Remote Notary: | Yes / State: FL |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

**E-Signature Summary**

**E-Signature 1: Cindy C Jimenez (CJ)**
August 02, 2022 08:47:29 -8:00 [58C1B144773E] [149.19.43.245]
cindy.jimenez@adp.com (Principal) (ID Verified)

**E-Signature Notary: Denise L. Doran (DLD)**
August 02, 2022 08:47:29 -8:00 [21CA10541CA7] [204.16.94.194]
ddoran@mcdonaldhopkins.com
I, Denise L. Doran, did witness the participants named above electronically
sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.

DocVerify ID: BC545F74-2432-4214-AF9C-2E41B8271089
www.docverify.com

Generated Cover Page   2E41B8271089



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:21-cv-00283-SPC-MRM

DAVID SCHWARTZ,

          Plaintiff,

  v.

ADP, INC. and
AUTOMATIC DATA PROCESSING, INC.,

          Defendants.

_____

**<u>AFFIDAVIT OF CINDY JIMENEZ</u>**

BEFORE ME, the undersigned authority, duly authorized to take and administer oaths, personally appeared CINDY JIMENEZ, under penalty of perjury and pursuant to 28 U.S.C. § 1746, and states:

1. I am over the age of 18 years old and I am competent to provide sworn testimony. I have personal knowledge of the following information.

2. I am a Senior Infrastructure Engineer in the Global Enterprise Technology & Solutions department of ADP, Inc. ("ADP").

3. In that role, my responsibilities include building and maintaining ADP's data infrastructures (an "infrastructure," as used in IT management, is often more commonly known as a "network").

{10575024:2 }

BC545F74-2432-4214-AF9C-2E41B8271089 — 20220801 11:05:27 -8:00 — Remote Notary

*Schwartz v. ADP, Inc. et al.*
*Case Number: 2:21-CV-00283-SPC-MRM*
*Affidavit of Cindy Jimenez*
Page **2** of **7**

4.  Over the last seventeen years at ADP, I have also served as a platform engineer, (Apple) Mac specialist, Implementation Engineer, and Technical & Applications Management Specialist IV.  I have been employed by ADP for a total of thirty-two years and, at all times, I was working in IT support and management.

5.  In addition to various training and certificates, I have a degree in business with a concentration in computer management information systems and I am an Apple Certified Technical Coordinator (a certification given by Apple, Inc. for computer systems administrators who provide support to Apple users).

6.  I am knowledgeable about the Apple Mac and iOS environments as well as mobile device management software/systems, including Intune and Airwatch.

7.  On a daily basis I work on, and am knowledgeable about, the deployment, use, and functionality of iPads and iPhones (collectively, "iOS Devices") and MDM Software in the ADP infrastructure.

8.  This affidavit addresses three (3) topics: (a) mobile device management software and the iPad (defined below); (b) ADP's BYOD Policy and ADP Did Not "Remote Wipe" the iPad; and (c) iPad (defined below) and SIM Cards.

**A.    Mobile Device Management & the iPad**

9.  I am advised that David Schwartz was employed by ADP from May 2015 - July 18, 2018.

{10575024:2 }


DocVerify ID: BC545F74-2432-4214-AF9C-2E41B8271089
www.docverify.com                                    Page 2 of 7      22E41B8271089

*Schwartz v. ADP, Inc. et al.*
*Case Number: 2:21-CV-00283-SPC-MRM*
*Affidavit of Cindy Jimenez*
Page **3** of **7**

10. According to ADP IT tickets, in March 2018, as part of his employment, Mr. Schwartz was issued an iPad by ADP ("iPad").

11. In order to use the iPad, Mr. Schwartz would have to install an Apple ID account on the iPad.

12. During the time when ADP issued the iPad to Mr. Schwartz, it was the routine protocol for ADP applications (or "apps") to be installed on the iPad. These ADP applications were designed for employees like Mr. Schwartz to access certain features of ADP's infrastructure.

13. At that time (March 2018), in order for Mr. Schwartz to remotely access ADP's infrastructure via the iPad, certain software called mobile device management software ("MDM Software") would have to be installed on the iPad.

14. Stated differently, Mr. Schwartz would have to install or have installed MDM Software on the iPad or else he would not be able to access ADP's virtual private network, Mr. Schwartz's ADP email, ADP applications, and other features of the ADP network.

15. In and around March 2018, ADP was installing, or seeking to have employees install, MDM Software products called AirWatch and Intune on iOS Devices owned by ADP employees who wished to use their iOS Devices under ADP's bring-your-own-device policy. AirWatch and InTune are separate pieces of software from different manufacturers who are (or were) vendors of ADP.

{10575024:2 }



*Schwartz v. ADP, Inc. et al.*
*Case Number: 2:21-CV-00283-SPC-MRM*
*Affidavit of Cindy Jimenez*
Page **4** of **7**

16. At the respective times when ADP was using their services, AirWatch and Intune monitor and operate their respective MDM Software services outside of ADP.

17. ADP does not have a record of which MDM Software was installed on the iPad because it was un-enrolled from AirWatch's or Intune's MDM Software system (ADP does not retain documentation of the enrollment or un-enrollment of MDM Software on employee-assigned devices like the iPad).

18. Apple, Inc. ("Apple") and Apple's operating system on iOS Devices play a role in the use and functionality of MDM Software installed on iOS Devices. While Apple's role in MDM Software systems have changed over time and varies slightly depending on the vendor, this webpage provides an overview of Apple's role in enterprise (corporate) MDM Software solutions: https://support.apple.com/guide/deployment/choose-an-mdm-solution-dep1d7afa557/web (last visited July 28, 2022).

19. Regardless of which MDM Software was on the iPad, both types of MDM Software (AirWatch and Intune) send and receive queries across the internet to and from the iPad and Apple servers.

20. I have been advised that, in September 2021, Mr. Schwartz returned the iPad to ADP in a "factory reset" condition.

{10575024:2 }

BC545F74-2432-4214-AF9C-2E41B8271089 — 20220801 11:05:27 -8:00 — Remote Notary

DocVerify ID: BC545F74-2432-4214-AF9C-2E41B8271089
www.docverify.com



*Schwartz v. ADP, Inc. et al.*
*Case Number: 2:21-CV-00283-SPC-MRM*
*Affidavit of Cindy Jimenez*
Page **5** of **7**

21. Once an iOS Device, like the iPad, is factory reset, the previously-available data on the iOS Device cannot be retrieved.

22. iOS Devices, including the iPad, are designed not to factory-reset by themselves; the command to factory-reset an iOS Device (like the iPad) requires more than one step to prevent accidental erasure.

23. If the iPad had not been factory reset, it would contain information about Mr. Schwartz's Apple ID account which he used on the iPad; which MDM Software was installed; how the iPad connected to Apple, ADP, or other servers; how the iPad connected to ADP's infrastructure; how the MDM Software functioned and communicated with Apple, ADP, or other servers; the iPad operating system, applications, and how and when they were updated; the iPad operating system, applications, and how and when they communicated to Apple, ADP, or other servers; and general information about the use of the iPad.

24. Applications on any iOS Device, including the iPad, typically connect to Apple servers in the background, from time to time, to confirm that the applications are legitimate and to determine whether an upgrade is available.  This would include the MDM Software itself, the Apple iOS operating system, and any applications installed on the iPad.

BC545F74-2432-4214-AF9C-2E41B8271089 — 20220801 11:05:27 -8:00 — Remote Notary

{10575024:2 }

*Schwartz v. ADP, Inc. et al.*
*Case Number: 2:21-CV-00283-SPC-MRM*
*Affidavit of Cindy Jimenez*
Page **6** of **7**

### B.   ADP's BYOD Policy and ADP Did Not "Remote Wipe" the iPad

25. From at least 2015 to the present, ADP has had a bring-your-own-device policy ("BYOD") where employees may use their personal cell phones to access the ADP infrastructure.

26. The BYOD policy has been modified over time.  However, at all times, employees must install MDM Software on their personal cell phones or else they could not access ADP's virtual private network, their ADP email, ADP applications, and other features of the ADP network.

27. The MDM Software on the iPad works the same as MDM Software installed on a personal iPhone so what I described in Section A, above, applies to iPhones as well.

28. My department is responsible for monitoring and overseeing the integration of mobile devices into ADP's infrastructure (such as the iPad and employee cell phones).

29. At no time did ADP remotely modify, alter, erase, factory-reset, or affect in any way the contents of the iPad while it was in Mr. Schwartz's possession.

30. ADP's BYOD policy does not apply to the iPad, which was owned by ADP and was not a "BYOD" device.

{10575024:2 }

BC545F74-2432-4214-AF9C-2E41B8271089 — 20220801 11:05:27 -8:00 — Remote Notary

DocVerify ID: BC545F74-2432-4214-AF9C-2E41B8271089
www.docverify.com

Page 6 of 7    62E41B8271089

*Schwartz v. ADP, Inc. et al.*
*Case Number: 2:21-CV-00283-SPC-MRM*
*Affidavit of Cindy Jimenez*
Page **7** of **7**

## C.        The iPad and SIM Cards

31. In March 2018, when ADP issued iPads to certain employees (as it did with Mr. Schwartz), the iPad included a SIM card, which is a small memory chip that stores communication data.

32. SIM cards are securely fixed in iPads and are difficult to remove without a paperclip or a special tool and some amount of force.  In working with iPads directly as well as overseeing the incorporation of hundreds of iPads into ADP's infrastructure for approximately a decade, I have neither seen nor heard of SIM cards accidentally falling out of iPads.

33. This Apple.com webpage accurately depicts the location of a SIM card in an iPad and how to remove a SIM card: https://support.apple.com/en-us/HT212767

The Affiant declares that the statements made in this Affidavit are true.

Cindy C Jimenez
Signed on 2022/08/02 08:47:29 -8:00

Cindy Jimenez   08/02/2022

STATE OF FLORIDA                  )
COUNTY OF PALM BEACH        )

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☒ online notarization, this 1st day of August, 2022, by Cindy Jimenez, who ☐ is personally known to me or ☒ has produced driver license as identification.

Denise L. Doran
Signed on 2022/08/02 08:47:29 -8:00

Notary P                              08/02/2022

Denise L. Doran

**Denise L. Doran**
**Commission # HH 64531**
Notary Public - State of Florida
My Commission Expires Nov 27, 2024

{10575024:2 }

DocVerify ID: BC545F74-2432-4214-AF9C-2E41B8271089
www.docverify.com
Notarial act performed by audio-visual communication
Page 7 of 7    72E41B8271089

BC545F74-2432-4214-AF9C-2E41B8271089 — 20220801 11:05:27 -8:00 — Remote Notary