# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 21-CV-00283-SPC-MRM

DAVID SCHWARTZ,

      Plaintiff,
v.

ADP, INC. and
AUTOMATIC DATA PROCESSING, INC.,

      Defendants.
_____/

**DEFENDANT, ADP, INC.'S, FIRST SET OF INTERROGATORIES TO PLAINTIFF, DAVID SCHWARTZ**

Defendant, ADP, INC. ("ADP"), pursuant to Federal Rule of Civil Procedure 33, requests that Plaintiff, DAVID SCHWARTZ ("Schwartz"), respond to the following interrogatories in accordance with the instructions set forth herein and the Federal Rules of Civil Procedure.

**INSTRUCTIONS**

A.    As used herein, the singular of any word or phrase includes the plural and the plural includes the singular.

B.    If any of the responses requested cannot be provided in full or in part, you shall state, in writing, the reasons for your inability to provide all or any portion of the response requested and serve those reasons on Defendant at the time required for a response

{9657808: }                1

C.  If in responding to these interrogatories, if you encounter any ambiguity in construing any Request, instruction or definition, set forth the matter deemed ambiguous and the construction used in responding thereto.

D.  Your duty to respond to these interrogatories includes the duty to supply all information (discoverable pursuant to the Federal Rules of Civil Procedure) from sources within your control.

E.  If You do not understand any of the Requests, or think any are vague, unclear, or overly broad or unduly burdensome, please contact the undersigned to discuss. We would prefer if possible to clarify misunderstandings and potential disputes informally rather than receive an objection, file a motion, seek a hearing, delay the proceedings and involve the Court. Also, to make responding easier, we are agreeable to sending you a Word version of the Requests upon request. Although we understand that responses to requests for interrogatories do not require including the requests, we believe it is easier for both parties to include the request, followed by the response.

## DEFINITIONS

A.  The term "communication" refers to any transmission or provision of advice, guidance, or information of any kind, whether in oral, written, documentary, demonstrative, electronic, or any other form or manner.

B.  Unless otherwise specified, "communications" include communications with any individual, business, organization, or entity.

C.  "ADP" refers to ADP, Inc., including any agents, employees, representatives, officers, or directors thereof.

{9657808: }                                          2

    D.    "Schwartz" or "You" refer to DAVID SCHWARTZ, including any agents, employees, or representatives.

## INTERROGATORIES

1. Identify all cell phone numbers Schwartz has used since July 1, 2018.

    **RESPONSE:**



2. Identify which Internet Service Provider Schwartz has used since July 1, 2018.

    **RESPONSE:**



3. Provide the International Mobile Equipment Identity ("IMEI") numbers for the iPhones referenced in Paragraphs 71, 72, 73, 79, 81, 94, 102, 109, 135, 143, and 156 – 157 of the Verified Amended Complaint. (To obtain the IMEI for an Apple device, on the device open the following menus: Settings → General → About).

    **RESPONSE:**

4. Provide the Mobile Equipment Identifier ("MEID") numbers for the iPhones referenced in Paragraphs 71, 72, 73, 79, 81, 94, 102, 109, 135, 143, and 156 – 157 of the Verified Amended Complaint. (To obtain the MEID for an Apple device, on the device open the following menus: Settings → General → About).

**RESPONSE:**

5. Provide the serial numbers for the iPhones referenced in Paragraphs 71, 72, 73, 79, 81, 94, 102, 109, 135, 143, and 156 – 157 of the Verified Amended Complaint. (To obtain the serial number for an Apple device, on the device open the following menus: Settings → General → About).

**RESPONSE:**

6. Provide the International Mobile Equipment Identity ("IMEI") numbers for the iPad ADP issued to you. (To obtain the IMEI for an Apple device, on the device open the following menus: Settings → General → About).

**RESPONSE:**

7. Provide the Mobile Equipment Identifier ("MEID") numbers for the iPad ADP issued to you. (To obtain the MEID for an Apple device, on the device open the following menus: Settings → General → About).

**RESPONSE:**

8. Provide the serial number for the iPad ADP issued to you. (To obtain the serial number for an Apple device, on the device open the following menus: Settings → General → About)

**RESPONSE:**

9. Identify the Wi-Fi address, make, and serial number of the personal computer(s) referenced in Paragraphs 94, 102, 109, 135, 143, and 156 – 157 of the Amended Verified Complaint.

**RESPONSE:**

10. Identify the Wi-Fi address, make, and serial number of the business computer(s) referenced in Paragraph 94, 102, 109, 135, 143, and 156 – 157 of the Amended Verified Complaint.

**RESPONSE:**

11. Identify the Wi-Fi address, make, serial number, and associated phone number(s) of the mobile telephone devices referenced in Paragraph 94, 102, 109, 135, 143, and 156 – 157 of the Amended Verified Complaint.

**RESPONSE:**

12. Identify any cell phone numbers used by Amber Schwartz from July 1. 2018 through the present date.

**RESPONSE:**

13.   Identify the Wi-Fi address, make, serial number, and associated phone number(s) of the mobile telephone devices owned by Amber Schwartz from July 1, 2018 through the present date.

   **RESPONSE:**

## **VERIFICATION**

I have read the foregoing interrogatories and the answers thereto, and the answers are true and correct. .

DAVID SCHWARTZ

_____

STATE OF _____
COUNTY OF _____

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this _____ day of _____, 2021 by _____, who is personally known to me or who has produced _____ as identification.

_____
Notary Public

_____
Printed Name
My Commission Expires: _____

[Notary Seal]

{9657808: }                                8