# Exhibit D

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID SCHWARTZ,

    Plaintiff,

                              CASE NO.   2:21-cv-283-SPC-MRM

v.

ADP, INC., and
AUTOMATIC DATA PROCESSING, INC.

    Defendants.
_____/

## AFFIDAVIT OF DAVID SCHWARTZ

I, David Schwartz, attest I am over eighteen years of age and have personal knowledge of the matters set forth in this Affidavit.

1. I was employed by ADP from May 2015 until July 18, 2018.

2. On or about July 31, 2020 (two years after I was terminated), via Apple's website I downloaded my Privacy Data associated with my Apple ID accounts dschwartz456@yahoo.com and david@sevenplusfinancial.com.

3. The data in Schedule/Exhibit R of the Third Amended Complaint that shows a connection to ADP's servers from my personal Apple personal accounts is the same Privacy Data I downloaded from Apple.

4. In downloading my personal information from Apple, I did in fact follow the procedures and pulled my personal Apple information from Apple.com.

5. On or around September 6, 2021, I returned my company issued iPad back to ADP and thus thereafter ADP's iPad was no longer in my possession, custody, or control.

1

6. I downloaded my Apple Privacy data associated with my Apple ID dschwartz456@yahoo.com on several occasions after I returned the iPad back to ADP on or around September 6, 2021, which showed my devices were still being accessed by ADP. Copies of my Apple Privacy data obtained was produced to Counsel for ADP as supplemental production. (**See EXHIBIT 1**)

7. I downloaded the Apple Privacy data associated with my Apple ID david@sevenplusfinancial.com on several occasions after I returned the iPad back to ADP on or around September 6, 2021, which showed my devices were still being accessed by ADP. Copies of my Apple Privacy data obtained was produced to Counsel for ADP as supplemental production. (**See EXHIBIT 1**)

8. At no time, did I ever enter or use my Apple ID "david@sevenplusfinancial.com" on any iPad issued to me by ADP.

9. During my employment with ADP, in May 2015, I was ordered to download Mobile Device Management Profiles on my personal mobile devices, included, but not limited to VMWare/AirWatch.

10. I sent a Text Message to Nate Webb on September 28, 2019.

11. On or about March 15, 2021, Nate Webb repeatedly testified under oath that he did not forward the text message I sent to Nate Webb to anyone at ADP until approximately a few weeks prior to the March 15, 2021 (i.e. late February/early March 2021).

12. On or about October 11, 2019, ADP filed a Motion for Emergency Injunction in the matter of ADP,LLC v. David Schwartz, Case No. 2019-CA-3479, in the Circuit Court of Lee County, FL, which included the text message I sent to Nate Webb.

13. Approximately 6 months later, and only after the instant lawsuit was filed, Nate Webb filed an Errata Sheet related to his deposition of March 15, 2021.

14. Approximately 6 months after his deposition, Mr. Webb changed/recanted all of his prior testimony relating to the date that he (Webb) purportedly provided the text message from Mr. Schwartz to ADP from a few weeks prior to the March 15, 2021 deposition to a date



more than a year earlier, specifically November 14, 2019, which was still days after ADP had filed the aforementioned Motion for Emergency Injunction.

15. My damages as the result of ADP's wrongful actions exceed $5000.00, including the iPhones that were listed in the Third amended Complaint as follows:

   Investigator Jeffrey Danik $2,000
   Value of affected iPhones $4,000
   Value of affected computer $1,600.00
   Xfinity one time charge to upgrade security features $70
   HDD/USB Drives $550.00

Affiant further sayeth not.

_____
DAVID SCHWARTZ

State of Tennessee | County of Cheatham
Subscribed and sworn to before me
This __08__ day of November, 2022.

_____
Notary Public
State of  Tennessee
County of: Cheatham
My Commission Expires: July 26, 2025
Document Notarized using a Live Audio-Video Connection

SAMANTHA B. DOMINGUEZ
STATE OF TENNESSEE
NOTARY PUBLIC
COUNTY OF CHEATHAM

ONLINE NOTARY PUBLIC
MY COMMISION EXPIRES: JULY 26 2025

# Exhibit 1

Document Id: 215B0FC0-5FAD-11ED-B8CC-35FFCB68CF6B
OnlineNotary.net

03.30.22 Dschwartz_Apple ID SignOn Information

| Application | Logged In Date | IP Address |
|---|---|---|
| Apple ID | 2022-03-30 20:15:57.000 | 76.101.236.133 |
| Game Center | 2022-02-26 09:58:13.000 | 192.251.51.162 |
| FaceTime | 2022-02-26 09:58:13.000 | 192.251.51.162 |
| iCloud Account Services | 2022-02-26 09:58:13.000 | 192.251.51.162 |
| iTunes Music Store | 2022-02-20 22:01:11.000 | 192.251.51.162 |
| AOS Customer Account Service | 2021-06-09 22:16:16.000 | 76.101.236.133 |

1

04.04.22 SevenPlus_Apple ID SignOn Information

| Application | Logged In Date | IP Address |
|---|---|---|
| iTunes Music Store | 4/2/22 2:21 PM | N/A |
| Game Center | 4/2/22 2:43 AM | N/A |
| FaceTime | 4/2/22 2:38 AM | N/A |
| iCloud Account Services | 4/2/22 2:38 AM | N/A |
| Apple ID | 10/27/21 8:27 PM | 170.146.221.28 |
| AOS Customer Account Service | 4/8/20 1:08 AM | 50.154.1.3 |

1

07.10.22 Dschwartz_Apple ID SignOn Information

| Application | Logged In Date | IP Address |
|---|---|---|
| Game Center | 2022-07-10 18:08:49.000 | 192.251.51.162 |
| FaceTime | 2022-07-10 18:08:49.000 | 192.251.51.162 |
| iCloud Account Services | 2022-07-10 18:08:49.000 | 192.251.51.162 |
| iTunes Music Store | 2022-07-10 18:08:22.000 | 192.251.51.162 |
| Apple ID | 2022-03-30 20:15:57.000 | 76.101.236.133 |
| AOS Customer Account Service | 2021-06-09 22:16:16.000 | 76.101.236.133 |

1

07.16.22 SevenPlus_Apple ID SignOn Information

| Application | Logged In Date | IP Address |
|---|---|---|
| iTunes Music Store | 2022-07-16 03:20:35.000 | N/A |
| FaceTime | 2022-07-12 18:36:15.000 | N/A |
| iCloud Account Services | 2022-07-12 18:36:15.000 | N/A |
| Game Center | 2022-07-11 03:54:57.000 | N/A |
| Apple ID | 2021-10-27 20:27:47.000 | 170.146.221.28 |
| AOS Customer Account Service | 2020-04-08 01:08:31.000 | 50.154.1.3 |

1

08.03.22 Dschwartz_Apple ID SignOn Information

| Application | Logged In Date | IP Address |
|---|---|---|
| **iTunes Music Store** | 2022-08-03 16:27:43.000 | 192.251.51.162 |
| **FaceTime** | 2022-08-01 01:40:43.000 | 192.251.51.162 |
| **iCloud Account Services** | 2022-08-01 01:40:42.000 | 192.251.51.162 |
| **Game Center** | 2022-08-01 01:40:41.000 | 192.251.51.162 |
| **Apple ID** | 2022-03-30 20:15:57.000 | 76.101.236.133 |
| **AOS Customer Account Service** | 2021-06-09 22:16:16.000 | 76.101.236.133 |

1

08.06.22 SevenPlus_Apple ID SignOn Information

| Application | Logged In Date | IP Address |
|---|---|---|
| iTunes Music Store | 2022-08-01 01:51:12.000 | N/A |
| FaceTime | 2022-08-01 01:51:05.000 | N/A |
| iCloud Account Services | 2022-08-01 01:51:05.000 | N/A |
| Game Center | 2022-08-01 01:51:03.000 | N/A |
| Apple ID | 2021-10-27 20:27:47.000 | 170.146.221.28 |
| AOS Customer Account Service | 2020-04-08 01:08:31.000 | 50.154.1.3 |

1

10.27.21 Dschwartz_Apple ID SignOn Information

| Application | Logged In Date | IP Address |
|---|---|---|
| **Apple ID** | 2021-10-27 20:26:10.000 | 76.101.236.133 |
| **iCloud Account Services** | 2021-10-27 20:13:09.000 | 192.251.51.162 |
| **iTunes Music Store** | 2021-10-27 20:10:38.000 | 192.251.51.162 |
| **Game Center** | 2021-10-26 02:55:56.000 | 192.251.51.162 |
| **FaceTime** | 2021-10-26 02:55:56.000 | 192.251.51.162 |
| **AOS Customer Account Service** | 2021-06-09 22:16:16.000 | 76.101.236.133 |

1

## 11.01.21 SevenPlus_Apple ID SignOn Information

| Application | Logged In Date | IP Address |
|---|---|---|
| iTunes Music Store | 2021-10-28 06:02:48.000 | N/A |
| Game Center | 2021-10-28 06:02:09.000 | N/A |
| FaceTime | 2021-10-28 06:02:09.000 | N/A |
| iCloud Account Services | 2021-10-28 06:02:04.000 | N/A |
| Apple ID | 2021-10-27 20:27:47.000 | 170.146.221.28 |
| AOS Customer Account Service | 2020-04-08 01:08:31.000 | 50.154.1.3 |

1