UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID SCHWARTZ,

    Plaintiff,

v.                                Case No.:   2:21-cv-283-SPC-KCD

ADP, INC. and AUTOMATIC
DATA PROCESSING, INC.,

    Defendants.
                                      /

## **ORDER**[1]

Before the Court is United States Magistrate Judge Kyle C. Dudek's Report and Recommendation (R&R). (Doc. 168). Judge Dudek recommends denying Defendants ADP's and Automatic Data Processing, Inc.'s motions to determine entitlement to reasonable attorney's fees under ERISA (Doc. 141) and FDUTPA (Doc. 150). Judge Dudek also recommends denying Defendants' related motions for leave to conduct limited discovery (Doc. 149), and for judicial notice (Doc. 155). No party objects to the R&R, and the time to do so has expired. So the R&R is ripe for review.

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the report and recommendation *de novo. See Garvey v. Vaughn,* 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties do not object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g., Symonette v. V.A. Leasing Corp.,* 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn,* 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. So it accepts and adopts the R&R in full.

Accordingly, it is now

**ORDERED:**

United States Magistrate Judge Kyle C. Dudek's Report and Recommendation (Doc. 168) is **ACCEPTED and ADOPTED,** and the findings incorporated herein.

1. Defendants' Motion to Determine Entitlement to Reasonable Statutory Attorney's Fees Under ERISA (Doc. 141) is **DENIED**.

2. Defendants' Motion for Leave to Conduct Limited Discovery (Doc. 149) is **DENIED**.

3. Defendants' Motion to Determine Entitlement to Reasonable Statutory Attorney's Fees Under FDUTPA (Doc. 150) is **DENIED**.

4. Defendants' Motion for Judicial Notice (Doc. 155) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on April 6, 2023.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record